```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SHANANA M. HARRINGTON,

                  Plaintiff,

- against -

COMMISSIONER OF SOCIAL SECURITY,

                  Defendant.
-------------------------------------------------------------X

20-CV-9780 (GHW) (RWL)

**ORDER OF SERVICE
AND SCHEDULING ORDER
(PRO SE)**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Clerk of Court shall notify the U.S. Attorney's Office for the Southern District of New York of the filing of this pro se case, brought under 42 U.S.C. § 405(g), for which plaintiff proceeds in forma pauperis and the filing fee has been waived. Notice by the Clerk shall constitute service, and the date of filing of this order shall be the effective date of service. Scheduling shall proceed according to the timeline set forth in the Court's standing or supplemental scheduling orders filed in this case.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: November 23, 2020
       New York, New York

Copies transmitted this date to all counsel of record.

The Clerk's Office is directed to mail a copy of this Order to pro se Plaintiff and note service on the docket:

    Shanana M. Harrington
    1114 Morris Avenue
    Apt. 6A
    Bronx, NY 10456

1