

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2021

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd floor
New York, NY 10007

February 19, 2021

BY ECF

Honorable Robert W. Lehrburger
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

          Re:  Shawana M. Harrington v. Comm'r of Soc. Sec.
               20 Civ. 9780 (RWL)

Dear Judge Lehrburger:

      This office represents the defendant Commissioner of Social Security in the above-referenced case.  Pursuant to the schedule in this case, the administrative record is due on February 22, 2021.  We write respectfully to request that the time to file the record be extended for 60 days, until April 23, 2021.  The reason for this request is the Social Security Administration needs more time to prepare the record due to telecommuting and other workplace changes in response to the pandemic.  We attempted to obtain the consent of plaintiff, who is proceeding *pro se*, to this adjournment but she did not respond to voicemail messages left for her on February 18, 2021, or today.  No prior adjournment has been requested in this matter.  We appreciate the Court's consideration of this request.

                                  Respectfully,

                                  AUDREY STRAUSS
                                United States Attorney

               By:      s/ *Susan D. Baird*
                       SUSAN D. BAIRD
                       Assistant United States Attorney
                       tel. (212) 637-2713
                       Susan.Baird@usdoj.gov

cc: By Email and Mail

    Shawana M. Harrington
    1114 Morris Avenue, Apt. 6A
    Bronx, NY 10456

    Wendy.Heard@VNSNY.org

SO ORDERED:

2/19/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Copies transmitted this date to counsel of record and mailed to pro se Plaintiff.