

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2021**

**U.S. Department of Justice**

*United States Attorney
Southern District of New York*

86 Chambers Street, 3rd floor
New York, NY 10007

April 16, 2021

BY ECF

Honorable Robert W. Lehrburger
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

        Re:  Shawana Harrington v. Comm'r of Soc. Sec.
            20 Civ. 9780 (RWL)

Dear Judge Lehrburger:

      Pursuant to the schedule in the above-referenced Social Security case, the administrative record is due on April 23, 2021. We write respectfully to request, with the consent of plaintiff, who is proceeding *pro se*, that the time to file the record be extended for 60 days, until June 22, 2021. The reason for this request is the Social Security Administration ("SSA") needs more time to prepare the record. As a result of the pandemic SSA has had to redesign its business process to produce records remotely, and is also faced with the challenge of a significant increase in the number of new cases filed. One prior adjournment has been granted in this case. We appreciate the Court's consideration of this request.

                                      Respectfully,

                                      AUDREY STRAUSS
                                      United States Attorney

             By:       s/ *Susan D. Baird*
                        SUSAN D. BAIRD
                        Assistant United States Attorney
                        tel. (212) 637-2713
                        Susan.Baird@usdoj.gov

cc: <u>By Email and Mail</u>

    Shawana M. Harrington
    1114 Morris Avenue, Apt. 6A
    Bronx, NY 10456

    Wendy.Heard@VNSNY.org

SO ORDERED:

4/16/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE