

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/2021
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

June 21, 2021

BY ECF

Honorable Robert W. Lehrburger
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

                Re: Shawana Harrington v. Comm'r of Soc. Sec.
                     20 Civ. 9780 (RWL)

Dear Judge Lehrburger:

      Pursuant to the schedule in the above-referenced Social Security case, the administrative record is due on June 22, 2021. We write respectfully to request, with the consent of plaintiff, who is proceeding *pro se*, that the time to file the record be extended for 60 days, until August 23, 2021. The reason for this request is the Social Security Administration ("SSA") needs more time to prepare the record. SSA is struggling to keep up with a dramatic increase in the number of newly filed Social Security cases while also facing the challenge of a remote work process during the pandemic. Two prior adjournments have been granted in this case. We appreciate the Court's consideration of this request.

                                    Respectfully,

                                    AUDREY STRAUSS
                                  United States Attorney

              By:        s/ *Susan D. Baird*
                      SUSAN D. BAIRD
                      Assistant United States Attorney
                      tel. (212) 637-2713
                      Susan.Baird@usdoj.gov

cc: <u>By Email and Mail</u>

    Shawana M. Harrington
    1114 Morris Avenue, Apt. 6A
    Bronx, NY 10456

    Wendy.Heard@VNSNY.org

SO ORDERED:

6/21/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff.