USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SHANANA M. HARRINGTON,                       :
                                             :           20-CV-9780 (GHW) (RWL)
                        Plaintiff,           :
                                             :           **ORDER**
            - against -                      :
                                             :
COMMISSIONER OF SOCIAL SECURITY,             :
                                             :
                        Defendant.           :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        Defendant filed the administrative record in this pro se case on August 23, 2021.

Defendant's moving brief was due on or about October 23, 2021.  No brief has been filed,

and no subsequent activity has taken place.  Accordingly, by **January 20, 2022**,

Defendant shall file a letter explaining why this case should not be remanded on the basis

of failure to prosecute, and, setting forth a proposed schedule for briefing if the case is

not remanded

                                SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE

Dated: January 13, 2022
       New York, New York

Copies transmitted this date to all counsel of record.

The Clerk's Office is directed to mail a copy of this Order to pro se Plaintiff and note
service on the docket:

    Shanana M. Harrington
    1114 Morris Avenue
    Apt. 6A
    Bronx, NY 10456